Twenty-five dollars allowance granted to Caroline W. Branch, special guardian, payable out of the trust fund. All concur. (The final order denies a petition for an order construing a codicil to a will and directs the trustee under the codicil to pay from the trust the medical expenses, disbursements and legal fees in connection with petitioner's efforts to obtain release from the State Hospital.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD A. J. RAY, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See ante, p. 218.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Accounting of NATIONAL CHAUTAUQUA COUNTY BANK, as Substitute Trustee under the Will of WILLIAM BROADHEAD, Deceased, Respondent. ALLEN E. BARGAR et al., as Committee of Preferred Creditors of the Estate of ALMENT N. BROADHEAD, Deceased, Appellants; WILLIAM A. BROADHEAD et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 813.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

## (November 15, 1944.)

RALPH E. TEATOR, as Guardian ad Litem of OLIVE TEATOR, an Infant, Respondent, v. CITY OF UTICA, Appellant.— Order reversed on the law, without costs of this appeal to either party, and motion granted, without costs, with leave to the plaintiff to serve an amended complaint within fifteen days after service of a copy of the order with notice of entry thereof, on the ground that the complaint fails to allege the service of a notice of claim or notice of intention to sue. All concur. (The order denies defendant's motion to dismiss the complaint in an action to recover from defendant City the amount of a judgment for damages recovered by plaintiff for personal injuries sustained by her due to negligence by licensees in conducting a fireworks display.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

RALPH E. TEATOR, Respondent, v. CITY OF UTICA, Appellant.— Same decision and like cause of action as in companion case of Teator v. City of Utica (ante, p. 952). Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

ADA TRENHAM, as Guardian ad Litem of WALTER I. CAREY, an Infant, Respondent, v. CITY OF UTICA, Appellant.— Same decision and like cause of action as in companion case of Teator v. City of Utica (ante, p. 952). Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

ALTA C. BRUNDIGE et al., Respondents, v. DOROTHY C. BRADLEY et al., Individually and Claiming to be Trustees, Appellants, et al., Defendants.— Judgment affirmed, without costs of this appeal to any party. All concur, except Taylor and Dowling, JJ., who dissent and vote for reversal on the law and facts and for dismissal of the complaint on the ground that the judgment is contrary to law and contrary to and against the weight of the evidence. (The judgment is for plaintiffs in an action to revoke a trust.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES M. LA PLACA, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of murder, second degree.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [See post, p. 1024.]